[No. 73155-6-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TARAILLE DUJUAN CHESNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13492-2, Timothy A. Bradshaw, J., entered January 30, 2015. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 73220-0-I.   Division One.   February 29, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LORI ANN HARGROVE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 14-1-00282-2, Michael E. Rickert, J., entered March 5, 2015. *Affirmed* by unpublished opinion per Lau, J., concurred in by Verellen, A.C.J., and Trickey, J.

[No. 73228-5-I.   Division One.   February 29, 2016.]

BARBARA SMITH, *Appellant*, v. ALBERTSON'S LLC ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-11618-7, Tanya Thorp, J., entered February 20, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Leach, J.

[No. 73444-0-I.   Division One.   February 29, 2016.]

*In the Matter of the Dependency of* E.J.L.

CARRIE LEHNERT, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-7-00622-1, Joseph P. Wilson, J., entered May 4, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.